# Exhibit F

**CLAIM CHART FOR U.S. PATENT NO. 9,978,921**
**LIGHT EMITTING DEVICE AND METHOD OF MANUFACTURING THE SAME**

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [9.pre] A light emitting device, comprising | To the extent the preamble is limiting, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, the Hisense 55" U8QG television. On information and belief, other products including LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components) include a light emitting device.<br><br>For example, the Hisense U75QG television uses "MiniLED Pro technology," which thus features a light emitting device. On information and belief, the LED chip in the Hisense U75QG is representative of LED chips in Hisense products.<br><br> |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  |

**Source:** https://www.hisense-usa.com/product-page/televisions-55-class-u7-series-miniled-uled-4k-google-tv-55u75qg (last accessed June 2, 2026).

The following photo is an excised section of the Hisense U75QG's backlight system unit:

**Source:** Visual inspection.

This backlight system includes a plurality of light emitting devices.

The following optical microscopy (OM) images show various profile view of an LED chip found in the Hisense U75QG prior to decapsulation.



**Source:** OM images.

The following image shows a tilt-view of an LED chip found in the Hisense U75QG after partial decapsulation.

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br>**Source:** Visual inspection. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The following 2D X-ray images show various profile views of an LED chip found in the Hisense U75QG with lens detached.<br><br><br><br>Tilt view<br><br>Top & Side view<br><br>**Source:** 2D X-ray images. |
| [9.a] a body having a first length in a first direction and a second length in a section perpendicular to the first direction; | On information and belief, Hisense practices this limitation. For example, the following top- and bottom-view OM images demonstrate that the LED chip found in the Hisense U75QG has a body with a first and second length in perpendicular directions. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source:** OM images. |
| [9.b] a first electrode having a planar top surface and a planar bottom surface in the body, the first electrode including a first protrusion that protrudes in the second direction from a first lateral side and a second protrusion that protrudes in the second direction from a second | On information and belief, Hisense practices this limitation. For example, the following cross-sectional 3D X-ray image demonstrates that the first electrode of the LED chip found in the Hisense U75QG has planar top and bottom surfaces: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| lateral side, the first protrusion extending along the first lateral side in the first direction and the second protrusion extending along the second lateral side in the first direction; | <br>**Source:** 3D X-ray image. |

The following cross-sectional OM image demonstrates that the first electrode has planar top and bottom surfaces in the body:



**Source:** OM image.

The following 3D X-ray images demonstrate that the first electrode has a first protrusion that protrudes in the second direction from a first lateral side and extends along the first lateral side in the first direction:



**Source:** 3D X-ray image.

The following 3D X-ray image demonstrates that the first electrode has a second protrusion that protrudes in the second direction from a second lateral side and extends along the second lateral side in the first direction:



| Claim | Hisense Accused Instrumentalities |
|---|---|
| | **Source:** 3D X-ray image. |
| [9.b] a second electrode separated from the first electrode; | On information and belief, Hisense practices this limitation. For example, the following top- and side-view 2D X-ray images demonstrate that the second electrode of the LED chip found in the Hisense U75QG is separated from the first electrode:<br><br><br><br>**Source:** 2D X-ray images.<br><br>The following 3D X-ray image confirms that the first and second electrodes are separate: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source:** 3D X-ray image. |
| [9.c] at least one light emitting chip disposed on at least one of the first electrode or the second electrode, the at least one light emitting chip electrically connected to both of the first electrode | On information and belief, Hisense practices this limitation. For example, the following top-view OM images (with the phosphor and encapsulation material removed) demonstrate that the LED chip found in the Hisense U75QG has at least one light emitting chip: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| and the second electrode; and | <br>**Source:** OM images. |

The following side-view 2D X-ray image demonstrates that at least one light-emitting chip is disposed on the first or second electrode:



**Source:** 2D X-ray image.

The same 2D X-ray image demonstrates that the at least one light emitting chip is electrically connected to both the first and second electrodes:



| Claim | Hisense Accused Instrumentalities |
|---|---|
| | **Source:** 2D X-ray image.<br><br>The following tilt-view OM image confirms that the at least one light emitting chip is electrically connected to both the first and second electrodes:<br><br><br><br>**Source:** OM image. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Further, the following 3D X-ray images confirm that the at least one light emitting chip is electrically connected to both the first and second electrodes:  **Source:** 3D X-ray images. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [9.d] a spacer disposed between the first electrode and the second electrode, | On information and belief, Hisense practices this limitation. For example, following side-view 2D X-ray image demonstrates that the LED chip found in the Hisense U75QG includes a spacer disposed between the first and second electrodes:<br><br><br><br>**Source:** 2D X-ray image. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | The following bottom-view OM image confirms that the spacer is disposed between the first and second electrodes:<br><br><br><br>**Source:** OM image. |
| [9.e] wherein the first electrode includes two end portions separated in the second direction, and a first recess with a first curvature between the two end | On information and belief, Hisense practices this limitation. For example, following 3D X-ray images demonstrate that the first electrode includes two end portions separated in the second direction: |

| | | |
|---|---|---|
| portions of the first electrode, the first recess being disposed within a first portion of the body, and | |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source:** 3D X-ray images. |

The following 3D X-ray image depicts recesses with curvatures between the end portions:



**Source:** 3D X-ray image.

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The following top-view 2D X-ray image demonstrates that the first recess is disposed within a first portion of the body: <br><br> <br><br> **Source:** 2D X-ray image. |
| [9.f] wherein at least one of the first electrode or the second electrode has a curved surface or a step structure at a plurality of corner regions. | On information and belief, Hisense practices this limitation. For example, following 3D X-ray images demonstrate the electrodes have a curved surface or step structure at a plurality of corner regions: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  **Source:** 3D X-ray images. |