# Exhibit G

## CLAIM CHART FOR U.S. PATENT NO. 8,686,395
## BOND TYPE FLIP-CHIP LIGHT EMITTING STRUCTURE AND METHOD OF MANUFACTURING THE SAME

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.pre] A bond type flip-chip light-emitting structure, comprising: | To the extent the preamble is limiting, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, the Hisense 55" U8QG television. On information and belief, other products including LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components) include a bond type flip-chip light-emitting structure.<br><br>For example, the Hisense 55" U8QG television incorporates a bond type flip-chip light-emitting structure. On information and belief, the light-emitting diode (LED) chip in the Hisense 55" U8QG is representative of the LED chips in Hisense products. The following photo is an excised section of the Hisense 55" U8QG's backlight system unit:<br><br><br><br>**Source**: Teardown inspection.<br><br>Below is an X-ray image of a portion of the backlight system unit. |

1

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | **Source**: X-ray image. The following is a top-view optical microscope (OM) images of the LED unit with the lens removed: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: OM image.<br><br>Further included is a side-view scanning electron microscopy image of the LED chip found in the Hisense 55" U8QG: |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  **Source**: SEM image. The image above reveals that the LED chip found in the Hisense 55" U8QG uses flip-chip bonding, as opposed to conventional wire-bonding techniques. Rather than connecting the LED chip to electrodes or a substrate using wire bonds, this LED chip is connected to the electrodes via solder pads on the bottom side of the LED chip. The following bottom-view OM images of the LED chip found in the Hisense 55" U8QG show solder pads that are used to connect the LED chip to the electrodes:  |

4

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  |

**Source**: OM image.

Further, these bonding pads correspond to the bonding pads that are connected to the backlight system unit in the below top view and X-ray image (outlined approximately in red box).

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  **Source:** OM image and 2D X-ray image. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.a] a light-emitting diode (LED), including: | On information and belief, Hisense practices this claim limitation. For example, the LED chip found in the Hisense 55" U8QG features a light-emitting diode (LED).<br><br><br><br>**Source**: OM image.<br><br>Further, Hisense advertises that the 55" U8QG television uses "Mini-LED QLED" LEDs and has a "Full Array Local Dimming" backlight.<br><br> |

7

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: https://www.bestbuy.com/product/hisense-55-class-u8-series-miniled-qled-uhd-4k-hdr-smart-google-tv-2025/J3Z9Z42YK9<br><br>Screen type<br>Mini-LED Pro<br><br>Source: https://www.hisense-usa.com/product-page/televisions-55-class-u8-series-miniled-uled-4k-google-tv-55u8qg |
| [1.b] an epitaxy layer, containing sequentially an n-type semiconductor layer, a multi-quantum-well light-emitting layer, and a p-type semiconductor layer; | On information and belief, Hisense practices this limitation. For example, the LED chip found in the Hisense 55" U8QG features light-emitting diodes (LEDs) that include "an epitaxy layer, containing sequentially an n-type semiconductor layer, a multi-quantum-well light-emitting layer, and a p-type semiconductor layer."<br><br>The following secondary-ion mass spectroscopy (SIMS) graph establishes that the LED chip found in the Hisense 55" U8QG includes an n-type semiconductor layer, a multi-quantum-well (MQW) light-emitting layer, and a p-type semiconductor layer. The MQW is annotated approximately in red.<br><br>SIMS data is interpreted as a measure of the atomic concentration of different elements at various depths of the semiconductor. SIMS data shows the concentrations towards the top of the chip on the left and towards the bottom of the chip on the right. In other words, the left of the graph corresponds to higher layers, and the right of the graph corresponds to lower layers. The second SIMS graph is a zoomed-out view encompassing the region of the first SIMS graph. The color-coded arrows correspond to the legend and identify which scale the material is measured with, concentration (left) or intensity (right). The MQW is annotated approximately in red.<br><br>On information and belief, the region to the right of the light-emitting MQW layer includes an n-type semiconductor layer, and the region to the left of the MQW layer includes a p-type semiconductor layer. |

8

| Claim | Hisense Accused Instrumentalities |
|-------|-----------------------------------|
|       |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: SIMS.<br><br>The depth of this epitaxy layer is confirmed by the following transmission electron microscopy (TEM) image showing a cross-sectional view of the LED chip found in the Hisense 55" U8QG. The MQW is annotated approximately in red.<br><br>A TEM image is interpreted as the image formed by transmitting a beam of electrons through a sample. The electrons will interact differently with different materials, creating an image which can depict features such as chip structure and differences in material composition. |

Case 2:26-cv-00494   Document 1-7   Filed 06/22/26   Page 12 of 30 PageID #: 140

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source**: TEM. |

11

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.c] a positive electrode, disposed on said p-type semiconductor layer; | On information and belief, Hisense practices this limitation. For example, the LED chip found in the Hisense 55" U8QG features a "positive electrode, disposed on said p-type semiconductor layer."<br><br>The following scanning electron microscopy (SEM) image, when filtered to show the presence of at least aluminum (Al) reveals a positive electrode:<br><br> |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Al K series<br><br><br><br>10μm<br><br>**Source**: SEM.<br><br>Further, this positive electrode is "disposed on said p-type semiconductor layer," as shown in the SEM image below. The example p-type semiconductor layer is annotated approximately with a red arrow: |

13

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source**: SEM. |
| [1.d] a negative electrode, disposed on said n-type semiconductor layer, that are located on a side wall of said multi-quantum-well light-emitting layer; | On information and belief, Hisense practices this limitation. For example, the LED chip found in the Hisense 55" U8QG features a "negative electrode, disposed on said n-type semiconductor layer, that are located on a side wall of said multi-quantum-well light-emitting layer."<br><br>The following SEM image, when filtered to show the presence of at least aluminum (Al) reveals a negative electrode: |

14

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  Source: SEM.<br><br>Further, this negative electrode is "disposed on said n-type semiconductor layer" and "located on a side wall of said multi-quantum-well light-emitting layer," as shown in the SEM image below. The example n-type semiconductor layer is annotated approximately with a blue arrow: |

16

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: SEM.<br><br>Further, this n-type electrode is "located on a side wall of said multi-quantum-well light-emitting layer," as shown in the SEM images below. The below SEM images are annotated approximately with a red line intersecting the MQW. The location of the electrode can be seen by filtering the image for aluminum (Al). |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  |

19

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br>**Source**: SEM. |
| [1.e] an insulation layer, disposed on parts of said positive electrode and said negative electrode, to expose respectively a positive electrode via hole and a negative electrode via hole; | On information and belief, Hisense practices this limitation. For example, the LED chip found in the Hisense 55" U8QG features an "insulation layer, disposed on parts of said positive electrode and said negative electrode, to expose respectively a positive electrode via hole and a negative electrode via hole."<br><br>The following SEM images show a silicon dioxide insulation layer that is "disposed on parts of said positive electrode … to expose respectively a positive electrode via hole." The positive electrode via hole is annotated approximately in red. The insulation layer is annotated approximately with a purple arrow. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source**: SEM.<br><br>Further, the following SEM image shows a silicon dioxide insulation layer that is "disposed on parts of … said negative electrode, to expose respectively … a negative electrode via hole." The negative electrode via hole is annotated approximately in blue. The insulation layer is annotated approximately with a purple arrow. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: SEM. |
| [1.f] a bonded metal layer, composed of a first bonded metal unit and a second bonded metal unit | On information and belief, Hisense practices this limitation. For example, the LED chip found in the Hisense 55" U8QG features a "bonded metal layer, composed of a first bonded metal unit and a second bonded metal unit insulated to each other, and are connected respectively to said positive electrode and said negative electrode." |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| insulated to each other, and are connected respectively to said positive electrode and said negative electrode; and | The following bottom-view and top-view OM images demonstrate the bond type of the LED chip. The images demonstrate how the first and second bonded metal units are connected respectively to the chip's positive and negative electrodes such as through via holes, and insulated to each other. The p-type via hole shown above is approximately annotated with a red arrow. The n-type via hole shown above is approximately annotated with a blue arrow.<br><br><br><br>**Source**: OM images.<br><br>Further, the following scanning electron (SEM) microscope cross-sectional images demonstrate the first and second bonded metal units' connection to the positive and negative electrodes of limitation [1.c]-[1.e]. The first |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | bonded metal unit is annotated approximately with a red arrow. The second bonded metal unit is annotated approximately with a blue arrow.<br><br> |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  Source: SEM.<br><br>These bonded metal units are insulated to each other as shown in the below SEM cross-section. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: SEM. |
| [1.g] a substrate, provided with a first metal layer and a second metal layer having electrode patterns, that are connected to said corresponding electrode patterns on said first bonded metal unit and said second bonded metal unit, to connect said LED to said substrate. | On information and belief, Hisense practices this limitation. For example, the LED system in the Hisense 55" U8QG features a "substrate, provided with a first metal layer and a second metal layer having electrode patterns, that are connected to said corresponding electrode patterns on said first bonded metal unit and said second bonded metal unit, to connect said LED to said substrate."<br><br>The following X-ray and OM images demonstrate that the LED chip found in the Hisense 55" U8QG has a substrate with a first and second metal layer having electrode patterns. The green boxes in the images correspond with each other. The first and second metal layers can be seen connected to said corresponding electrode patterns on said first bonded metal unit and said second bonded metal unit to connect said LED to said substrate. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | <br><br>**Source**: 2D X-ray images, OM image. |