# Exhibit H

**CLAIM CHART FOR U.S. PATENT NO. 8,237,181**
**SEMICONDUCTOR LIGHT EMITTING DEVICE AND METHOD OF MANUFACTURING THE SAME**

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.pre] A semiconductor light emitting device, comprising: | To the extent the preamble is limiting, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>The Hisense 43" QD6QF television incorporates a semiconductor light emitting device. For example, the Hisense 43" QD6QF includes a light-emitting diode (LED). On information and belief, the LED chip in the Hisense 43" QD6QF is representative of the LED chips in Hisense products.<br><br>The following photos are top-view optical microscope (OM) images of the LED chip. The right image depicts the LED chip with the phosphor removed.<br><br><br><br>**Source**: OM inspection. |

1

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | The backlight system unit of the Hisense 43" QD6QF also includes a lens on the LED chip, visible in the below side view.<br><br><br><br>**Source**: *Id.*<br><br>The following photo is a top-view X-ray image of an excised portion of the Hisense 43" QD6QF backlight system unit: |

2

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Source**: 2D X-ray Inspection. |
| [1.a] a first conductive type semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes a first conductive type semiconductor layer.<br><br>SIMS data is interpreted as a measure of the atomic concentration of different elements at various depth of the semiconductor. SIMS data shows the concentrations towards the top of the chip on the left and towards the bottom of the chip on the right. In other words, the left of the graph corresponds to higher layers, and the right |

3

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | of the graph corresponds to lower layers. The color-coded arrows correspond to the materials in the legend and identify whether the material was measured on the concentration scale (left) or intensity scale (right).<br><br>Limitation [1.b] establishes the location of the active layer. On information and belief, the region to the right of the active layer in the SIMS data below includes a first conductive type semiconductor layer.<br><br>**Source**: SIMS |
| [1.b] an active layer formed on the first conductive type semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, |

4

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes an active layer formed on the first conductive type semiconductor layer. The bounds of the active layer formed on the first conductive type semiconductor layer is annotated approximately in red.<br><br><br><br>**Source**: SIMS |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | The previous limitations establish the location of the first conductive type semiconductor layer. The active layer is formed on the first conductive type semiconductor layer. |
| [1.c] a second conductive type semiconductor layer including a first semiconductor layer formed on the active layer and a second semiconductor layer formed on the first semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components). <br><br> For example, the Hisense 43" QD6QF television incorporates an LED chip. <br><br> The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes a second conductive type semiconductor layer including a first semiconductor layer formed on the active layer and a second semiconductor layer formed on the first semiconductor layer. <br><br> The previous limitations establish the location of the active layer. On information and belief, the region to the left of the active layer in the SIMS data shown below comprises a second conductive type semiconductor layer. The bounds of the active layer formed on the first conductive type semiconductor layer is annotated approximately in red. |

6

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  **Source**: SIMS<br><br>The below transmission electron microscopy (TEM) image, rotated to match the orientation of the SIMS data shown above, further establishes that the second conductive type semiconductor layer includes a first semiconductor layer and a second semiconductor layer. The span of the first semiconductor layer is approximately annotated with a red arrow. The span of the second semiconductor layer is approximately annotated with a blue arrow. This correlates with the SIMS data shown above; for example, the magnesium, aluminum, and indium concentrations are different in certain layers. |



| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | **Source**: TEM<br><br>The below cropped region of the TEM image above corresponds to the energy-dispersive X-ray spectroscopy (EDX) line-scan data shown below. The first semiconductor layer is annotated approximately with a red arrow. The second semiconductor layer is annotated approximately with a blue arrow. For example, the aluminum concentration in the first and second semiconductor layers is different to that in surrounding layers, which correlates with the SIMS data shown above. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>Source: TEM, EDX |
| [1.d] a third semiconductor layer formed between the first semiconductor layer | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| and the second semiconductor layer; and | K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The below transmission electron microscopy (TEM) image, rotated to match the orientation of the SIMS data shown above, establishes that the LED chip includes a third semiconductor layer formed between the first semiconductor layer and the second semiconductor layer. The third semiconductor layer is approximately annotated with a red arrow. This correlates with the SIMS data shown in the previous limitations.<br><br>The locations of the first semiconductor layer and second semiconductor layer are established by the previous limitations. The third semiconductor layer is formed between the first semiconductor layer and the second semiconductor layer. |

11

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | <br>**Source**: TEM |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.e] a fourth semiconductor layer formed between the first semiconductor layer and the active layer, | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The previous limitations establish the location of the first semiconductor layer and the active layer.<br><br>The below transmission electron microscopy (TEM) image, rotated to match the orientation of the SIMS data shown above, further establishes that the LED chip includes a fourth semiconductor layer between the first semiconductor layer and the active layer. The fourth semiconductor layer is approximately annotated with a red arrow. This correlates with the SIMS data shown in the previous limitations.<br><br>The fourth semiconductor layer is formed between the first semiconductor layer and the active layer. |

13

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br>**Source**: TEM |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.f] wherein the third semiconductor layer has a P-type dopant concentration less than a P-type dopant concentration of the second semiconductor layer and the fourth semiconductor layer has a P-type dopant concentration less than a P-type dopant concentration of the first semiconductor layer, | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the third semiconductor layer has a P-type dopant concentration less than a P-type dopant concentration of the second semiconductor layer. The location of the third semiconductor layer is approximately annotated with a red arrow, indicated by the change in material concentration.<br><br>The location of the second semiconductor layer relative to the third semiconductor layer is established by the previous limitations. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  **Source**: SIMS<br><br>On information and belief, magnesium is a P-type dopant. In the SIMS data above, the concentration of magnesium (depicted in orange, labeled Mg) is higher in the second semiconductor layer than the third semiconductor layer.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the fourth semiconductor layer has a P-type dopant concentration less than a P-type dopant concentration of the first semiconductor layer. The location of the fourth semiconductor layer is approximately annotated with a red arrow, indicated by the change in material composition. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The location of the fourth semiconductor layer relative to the first semiconductor layer is established by the previous limitations.<br><br>On information and belief, magnesium is a P-type dopant. In the SIMS data below, the concentration of magnesium (depicted in orange, labeled Mg) is higher in the first semiconductor layer than the fourth semiconductor layer.<br><br><br><br>**Source**: SIMS |
| [1.g] wherein the third semiconductor layer has a hole concentration of about $5 \times 10^{18}$/cm$^3$ or less and has a | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, |

17

| Claim | Hisense Accused Instrumentalities |
|---|---|
| thickness of greater than 0 nm and less than or equal to about 9 nm. | K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components). <br><br> For example, the Hisense 43" QD6QF television incorporates an LED chip. <br><br> The previous limitations establish the location of the third semiconductor layer. The previous limitations establish that the third semiconductor layer has a magnesium concentration of about $1\times10^{19}/cm^3$. On information and belief, the hole concentration of the third semiconductor layer is directly related to the magnesium concentration and is about $5\times10^{18}/cm^3$ or less. <br><br> The below TEM image establishes that the third semiconductor layer has a thickness of greater than 0 nm and less than or equal to about 9 nm. The below TEM image establishes that the third semiconductor layer has a thickness of about 4.6 nm. These measurements were obtained by automated TEM metrology. The third semiconductor layer is approximately annotated with a red arrow. |



| Claim | Hisense Accused Instrumentalities |
|---|---|
| | **Source**: TEM |