# Exhibit I

**CLAIM CHART FOR U.S. PATENT NO. 8,637,895**
**SEMICONDUCTOR LIGHT EMITTING DEVICE HAVING A HIGH RESISTIVE LAYER**

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.pre] A semiconductor light emitting device, comprising: | To the extent the preamble is limiting, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>The Hisense 43" QD6QF television incorporates a semiconductor light emitting device. For example, the Hisense 43" QD6QF includes a light-emitting diode (LED). On information and belief, the LED chip in the Hisense 43" QD6QF is representative of the LED chips in Hisense products.<br><br>The following photos are top-view optical microscope (OM) images of the LED chip. The right image depicts the LED chip with the phosphor removed.<br><br><br><br>**Source**: OM Image. |

1

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The backlight system unit of the Hisense 43" QD6QF also includes a lens on the LED chip, visible in the below side view.<br><br><br><br>**Source**: *Id.*<br><br>The following photo is a top-view X-ray image of an excised portion of the Hisense 43" QD6QF backlight system unit: |

2

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: 2D X-ray Inspection. |
| [1.a] a first conductive type semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes a first conductive type semiconductor layer.<br><br>SIMS data is interpreted as a measure of the atomic concentration of different elements at various depth of the semiconductor. SIMS data shows the concentrations towards the top of the chip on the left and towards the bottom of the chip on the right. In other words, the left of the graph corresponds to higher layers, and the right of |

3

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | the graph corresponds to lower layers. The color-coded arrows correspond to the materials in the legend and identify whether the material was measured on the concentration scale (left) or intensity scale (right).<br><br>Limitation [1.b] establishes the location of the active layer. On information and belief, the region to the right of the active layer in the SIMS data below includes a first conductive type semiconductor layer.<br><br><br><br>**Source**: SIMS |
| [1.b] an active layer disposed on the first conductive type semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components). |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes an active layer disposed on the first conductive type semiconductor layer. The bounds of the active layer disposed on the first conductive type semiconductor layer is annotated approximately in red.<br><br>**Source**: SIMS<br><br>The previous limitations establish the location of the first conductive type semiconductor layer. The active layer is disposed on the first conductive type semiconductor layer. |

5

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.c] a second conductive type semiconductor layer including a first semiconductor layer disposed on the active layer and a second semiconductor layer disposed on the first semiconductor layer; | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes a second conductive type semiconductor layer including a first semiconductor layer disposed on the active layer and a second semiconductor layer disposed on the first semiconductor layer.<br><br>The previous limitations establish the location of the active layer. On information and belief, the region to the left of the active layer in the SIMS data shown below comprises a second conductive type semiconductor layer. The bounds of the active layer formed on the first conductive type semiconductor layer is annotated approximately in red. |

6

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |  |

**Source**: SIMS

The below transmission electron microscopy (TEM) image, rotated to match the orientation of the SIMS data shown above, further establishes that the second conductive type semiconductor layer includes a first semiconductor layer and a second semiconductor layer. The span of the first semiconductor layer is approximately annotated with a red arrow. The span of the second semiconductor layer is approximately annotated with a blue arrow. This correlates with the SIMS data shown above; for example, the magnesium, aluminum, and indium concentrations are different in certain layers.



| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: TEM<br><br>The below cropped region of the TEM image above corresponds to the energy-dispersive X-ray spectroscopy (EDX) line-scan data shown below. The first semiconductor layer is annotated approximately with a red arrow. The second semiconductor layer is annotated approximately with a blue arrow. For example, the aluminum concentration in the first and second semiconductor layers is different to that in surrounding layers, which correlates with the SIMS data shown above. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: TEM, EDX |
| [1.d] a third semiconductor layer disposed between the first | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| semiconductor layer and the second semiconductor layer; | ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the LED chip includes a third semiconductor layer disposed between the first semiconductor layer and the second semiconductor layer. The bounds of the third semiconductor layer are annotated approximately in red.<br><br><br><br>**Source**: SIMS<br><br>The below transmission electron microscopy (TEM) image, rotated to match the orientation of the SIMS data shown above, further establishes that the LED chip includes a third semiconductor layer disposed between the |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | first semiconductor layer and the second semiconductor layer. The third semiconductor layer is approximately annotated with a red arrow. This correlates with the SIMS data shown above. |

| Claim | Hisense Accused Instrumentalities |
|-------|-----------------------------------|
|       |  |
|       | **Source**: TEM |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.e] a first electrode electrically connected to the first conductive type semiconductor layer; and | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip. The LED chip includes a first electrode electrically connected to the first conductive type semiconductor layer.<br><br>For example, the following transmission electron microscopy (TEM) image is a side view of an exemplary N-electrode of the LED chip. On information and belief, the N-electrode is electrically connected to the first conductive type semiconductor layer. A portion of the N-electrode is annotated with a red arrow.<br><br><br><br>**Source**: TEM |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The below top view shows an exemplary N-electrode, a portion of which has been annotated with a red arrow. The N-electrode is electrically connected to the first conductive type semiconductor layer.<br><br><br><br>**Source**: OM Image |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.f] a second electrode electrically connected to the second conductive type semiconductor layer, | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip. The LED chip includes a second electrode electrically connected to the second conductive type semiconductor layer.<br><br>For example, the following transmission electron microscopy (TEM) image is a side view of an exemplary P-electrode of the LED chip. On information and belief, the entire P-electrode is electrically connected to the second conductive type semiconductor layer. A portion of the example P-electrode is annotated with a red arrow.<br><br><br><br>**Source**: TEM |

16

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | The below top view shows an exemplary P-electrode, a portion of which is annotated with a red arrow. The exemplary P-electrode is electrically connected to the second conductive type semiconductor layer.<br><br><br><br>**Source**: OM Image |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.g] wherein the third semiconductor layer is physically contacted with an lower surface of the second semiconductor layer, | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following transmission electron microscopy (TEM) image establishes that the third semiconductor layer is physically contacted with an lower surface of the second semiconductor layer. The previous limitations establish that the LED chip includes a second semiconductor layer and a third semiconductor layer. The third semiconductor layer is annotated approximately with a red arrow. The second semiconductor layer is annotated approximately with a blue arrow. |

18



| Claim | Hisense Accused Instrumentalities |
|---|---|
| | **Source**: TEM |
| [1.h] wherein the third semiconductor layer has a P-type dopant concentration less than that of the first and second semiconductor layers, and | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The following secondary-ion mass spectrometry (SIMS) graph establishes that the third semiconductor layer has a P-type dopant concentration less than that of the first and second semiconductor layers. The location of the first semiconductor layer is approximately annotated in green. The location of the second semiconductor layer is approximately annotated in blue. The location of the third semiconductor layer is approximately annotated in red.<br><br>The locations of the first and second semiconductor layers relative to the third semiconductor layer are established by the transmission electron microscopy (TEM) images in the previous limitations.<br><br>On information and belief, magnesium is a P-type dopant. In the image shown below, the concentration of magnesium (depicted in orange, labeled Mg) is higher in the first and second semiconductor layers than the third semiconductor layer. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>**Source**: SIMS |
| [1.i] wherein the third semiconductor layer has a hole concentration of about $5\times10^{18}$/cm$^3$ or less and has a greater resistivity than that of the first semiconductor layer. | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, but are not limited to, all LCD LED, LED, ULED, QLED, MINI-LED ULED, and MINI-LED QLED televisions or displays, including at least the U6, R6, H7, A6, A5, R7, V1, K2, QD7, U7, S7, U9, QD6, A4, and H4 models of products, and components thereof (e.g., backlight components).<br><br>For example, the Hisense 43" QD6QF television incorporates an LED chip.<br><br>The previous limitations establish the location of the third semiconductor layer. The previous limitations establish that the third semiconductor layer has a magnesium concentration of about $1\times10^{19}$/cm$^3$. On information |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | and belief, the hole concentration of the third semiconductor layer is directly related to the magnesium concentration and is about $5\times10^{18}$/cm$^3$ or less.<br><br>The previous limitations establish that the magnesium concentration in the third semiconductor layer is about $1x10^{19}$. The previous limitations establish that the magnesium concentration in the first semiconductor layer is between $4x10^{19}$ and $9x10^{19}$.  On information and belief, the hole concentration of the first semiconductor layer is higher than the hole concentration of the third semiconductor layer. On information and belief, the hole concentration of the third semiconductor layer and the first semiconductor layer are inversely related to the resistivity of the third semiconductor layer and the first semiconductor layer, and the resistivity of the third semiconductor layer is greater than that of the first semiconductor layer. |