# Exhibit J

**CLAIM CHART FOR U.S. PATENT NO. 8,164,710**
**BACKLIGHT ASSEMBLY AND LIQUID CRYSTAL DISPLAY APPARATUS HAVING THE SAME**

| Claim | Hisense Accused Instrumentalities |
|---|---|
| [1.pre] A backlight assembly comprising: | To the extent the preamble is limiting, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 50S7SG television incorporates a backlight assembly. The Hisense 50S7SG includes an edge-lit backlight assembly comprising one or more light-emitting diodes (LEDs). The LED chip(s) in the Hisense 50S7SG are QLED LEDs which, on information and belief, employ quantum dot technology. On information and belief, the LED chip(s) in the Hisense 50S7SG is representative of the LED chips in Hisense products.<br><br> |

1

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: https://www.bestbuy.com/product/hisense-50-class-s7-canvas-series-smart-google-tv-4k-qled-smart-google-tv-with-hi-matte-display-and-ultraslim-wall-mount-2026/J3Z9Z42HZZ |

2

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: Physical Inspection<br><br>For example, the Hisense 50S7SG has a backlight which can be seen operating below.<br><br> |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  Source: Physical inspection<br><br>For example, the Hisense 50S7SG incorporates a backlight assembly such as the one below, wherein only a portion of the backlight assembly is reproduced to show detail. |

4

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>Source: Physical Inspection |
| [1.a] a light guide plate; and | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 50S7SG television incorporates a light guide plate. The Hisense 50S7SG includes an edge-lit display. On information and belief, edge-lit displays such as that in the Hisense 50S7SG employ a light guide plate to light the display as shown below. |

5

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | LED Panel Type — QLED<br><br>Backlight Type ⓘ — Edge Lit |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>Source: https://www.bestbuy.com/product/hisense-50-class-s7-canvas-series-smart-google-tv-4k-qled-smart-google-tv-with-hi-matte-display-and-ultraslim-wall-mount-2026/J3Z9Z42HZZ<br><br>For example, the backlight in the Hisense 50S7SG comprises a light guide plate. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| |  |
| [1.b] a light-emitting module disposed to face an incidence surface of the light guide plate, the light-emitting module including | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components). |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | For example, the Hisense 50S7SG television incorporates a light-emitting module which is disposed to face an incidence surface of the light guide plate. The location of the incidence surface when the television is in its fully assembled, factory configuration is annotated with a red line.<br><br><br><br>Source: Physical Inspection<br><br>The light-emitting module is disposed to face an incidence surface of the light guide plate as shown above. The backlight as part of the rear housing of the television is shown below. The LCD panel is connected to the housing via ribbon cables visible below. The incidence surface of the light guide plate is approximately annotated with |

9

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | a red line below. The light emitting module faces this annotated surface. This surface roughly corresponds to the bottom edge of the television.<br><br><br><br>Source: Physical Inspection |
| [1.c] a printed circuit board (PCB) vertically disposed to face the incidence surface and a plurality of light-emitting diodes (LEDs) mounted on the PCB to emit light toward the incidence surface, each of the LEDs including | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 50S7SG television incorporates a printed circuit board vertically disposed to face the incidence surface. The vertically disposed printed circuit board includes a plurality of light-emitting diodes (LEDs) as shown below. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>Source: Physical Inspection |
| [1.d] a blue chip to emit blue light, and | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>For example, the Hisense 50S7SG television incorporates an LED chip. On information and belief, this LED chip includes a blue chip to emit blue light. The substance covering the blue chip to emit blue light absorbs blue light and re-emits white light. |

11

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | <br><br>Source: Physical Inspection<br><br>For example, the Hisense 50S7SG includes QLED LEDs. On information and belief, QLED LEDs use blue chips that emit blue light which is absorbed and re-emitted as white light. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | Source:    https://www.bestbuy.com/product/hisense-50-class-s7-canvas-series-smart-google-tv-4k-qled-smart-google-tv-with-hi-matte-display-and-ultraslim-wall-mount-2026/J3Z9Z42HZZ<br><br>Source: https://www.youtube.com/watch?v=DqUfFN6aCdk<br><br>The PCB of the Hisense 50S7SG emits white light as shown in the below side-on views of the display panel displaying the backlight. |



14



15

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: Physical Inspection<br><br>The PCB of the Hisense 50S7SG emits white light as shown in the below rear views displaying the backlight through holes in the metal frame.<br><br><br><br>Source: Physical Inspection |
| [1.e] a red fluorescent substance and a green fluorescent substance to convert the blue light into white light, | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>On information and belief, the Hisense 50S7SG includes a red fluorescent substance and a green fluorescent substance to convert the blue light into white light. For example, each of the LEDs in the backlight includes a red fluorescent substance and a green fluorescent substance to convert the blue light into white light. On information and belief, the phosphor of a QLED LED such as the LEDs in the backlight of the Hisense 50S7SG |

16

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | includes a red phosphor and a green phosphor. The phosphor of the LEDs in the backlight of the Hisense 50S7SG are shown below.<br><br><br><br>Source: Physical Inspection<br><br>The PCB of the Hisense 50S7SG emits white light as shown in the below bottom views of the display panel, displaying the backlight. |

17





19

| Claim | Hisense Accused Instrumentalities |
|---|---|
| | Source: Physical Inspection<br><br>The PCB of the Hisense 50S7SG emits white light as shown in the below rear views displaying the backlight through holes in the metal frame.<br><br><br><br>Source: Physical Inspection |
| [1.f] wherein light emitted from the LEDs is directly incident on the entire incidence surface of the light guide plate in at least a vertical direction. | On information and belief, Hisense practices this claim limitation. On information and belief, Hisense's products that practice this limitation include, all edge-lit televisions or displays, including at least the S7 line of products, and components thereof (*e.g.*, backlight components).<br><br>The incidence surface of the light guide plate is annotated approximately below with a red line, roughly corresponding to the entire bottom edge of the display. On information and belief, the light emitted from the LEDs is directly incident on the entire incidence surface of the light guide plate in at least a vertical direction. |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  | <br><br>Source: Physical Inspection<br><br>On information and belief, the backlight lights the entire panel via at least light emitted from the LEDs directly incident on the entire incidence surface of the light guide plate as shown below. |

21

| Claim | Hisense Accused Instrumentalities |
|-------|-----------------------------------|
|       |  |

| Claim | Hisense Accused Instrumentalities |
|---|---|
|  |

Source: Physical Inspection |