**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FAIRLIGHT INNOVATIONS LLC,**<br>***Plaintiff,***<br>**v.**<br><br>**HISENSE COMPANY LTD., HISENSE VISUAL TECHNOLOGY CO. LTD. F/K/A QINGDAO HISENSE ELECTRIC CO. LTD., HISENSE INTERNATIONAL CO. LTD., HISENSE INTERNATIONAL (HONG KONG) AMERICA INVESTMENTS CO. LTD., AND HISENSE INTERNATIONAL (HK) CO. LTD.,**<br>***Defendants*.** | **Civ. A. No.: 2:26-cv-00494**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**JOINT MOTION FOR CASE REASSIGNMENT UNDER LPR 2-6**

Plaintiff Fairlight Innovations LLC ("Plaintiff" or "Fairlight") and Defendants Hisense Company Ltd., Hisense Visual Technology Co. Ltd. f/k/a Qingdao Hisense Electric Co. Ltd., Hisense International Co. Ltd., Hisense International (Hong Kong) America Investments Co. Ltd., and Hisense International (HK) Co. Ltd. ("Defendants" or "Hisense"), by their undesigned counsel, jointly move to reassign this action to United States District Judge Robert W. Schroeder III pursuant to Local Patent Rule 2-6 and Local Rule CV-42(b), in the interest of judicial economy. Local Patent Rule 2-6 provides: "Separately filed cases related to the same patent shall be assigned to the same judge, i.e., the judge assigned to the first related case."

Plaintiff previously filed Case No. 2:26-cv-00015-RWS, on January 8, 2026, which is pending before Judge Schroeder, which asserts four of the same five patents asserted against Defendants in this litigation, specifically, U.S. Patent Nos. 8,237,181, 8,637,895, 8,686,395 and 9,968,921, against TCT Mobile International Ltd., TCL Electronics Holdings Ltd., TCL

Technology Group Corp., TCL Communication Ltd., and TCL Communication Technology Holdings Ltd. This is the first-filed related case relevant to the four shared patents. The first-filed case remains pending before Judge Schroeder and a schedule has been entered, including a claim construction hearing set for April 7, 2027, and jury selection set for February 22, 2028. On June 23, 2026, Plaintiff filed an Amended Civil Cover Sheet identifying this case as related to Case No. 2:26-cv-00015-RWS. Reassignment would permit a single judge to address overlapping claim-construction and other patent-specific issues concerning the four common patents, reduce duplicative judicial effort, and promote consistent rulings. Although this action includes an additional asserted patent, the substantial overlap supports reassignment of this action to the judge presiding over the earlier-filed related action. The parties seek reassignment only; they do not request consolidation of the actions or modification of any existing deadline or setting through this motion.

Pursuant to Local Rule CV-7(a), a proposed order has been concurrently submitted to the Court.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Kevin Burgess*

Kevin Burgess
Texas Bar No. 24006927
Budwin Kamprath Burgess Campbell PLLC
508 Oakwood Estates Blvd
Marshall, Texas 75672
Telephone: (512) 626-7253
Email: kburgess@bkbclaw.com

Joshua W. Budwin
Budwin Kamprath Burgess Campbell PLLC
5517 Laceback Terrace
Austin, Texas 78783
Telephone: (267) 251-2874

Email: jbudwin@bkbclaw.com

*Attorneys for Plaintiff*

*/s/ Jeffrey Johnson*
Jeffrey Johnson
Texas Bar No. 24029638
jeffrey.johnson@bakerbotts.com
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1222
Facsimile: (713) 229-7922

Robert Benson
robert.benson@bakerbotts.com
101 California Street, Ste. 3200
San Francisco, CA 94111
Telephone: (415) 291-6285
Facsimile: (415) 291-6385

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, a true and correct copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Jeffrey Johnson*
Jeffrey Johnson

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff conferred with counsel for Defendants on September 15, 2026, regarding the relief requested by this motion, and the parties agreed on the requested relief.

*/s/ Jeffrey Johnson*
Jeffrey Johnson